**BROCK K. OHLSON, ESQ.**
Nevada Bar No. 12262
**JUSTIN A. CORNE, ESQ.**
Nevada Bar No. 14504
**BROCK K. OHLSON PLLC**
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
Telephone (702) 982-0055
Facsimile (702) 982-0150
E-mail: efile@injured.vegas

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA MEREDITH, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WALMART, INC., a Delaware corporation d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST, a foreign business trust, d/b/a WAL-MART STORE #2592; DOES I through X and ROE CORPORATIONS I through X, <br><br> Defendants. | CASE NO: 2:18-cv-01711-RFB-VCF <br><br> **PLAINTIFFS' NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Ian M. McMenemy, Esq. is no longer associated with BROCK K. OHLSON PLLC. Thus, his contact information should be removed from the service list in this matter.

BROCK K. OHLSON PLLC, continues to serve as counsel for Sabrina Meredith. All future correspondence and papers in this action should continue to be directed to all other attorneys on the CM/ECF service list as follows:

Brock K. Ohlson:  brock@injured.vegas, efile@injured.vegas

Justin A Corne:  justin@injured.vegas

1

Michael Caleb Meyer: cmeyer@messner.com, bolaughlin@messner.com, jalvarado@messner.com, kartis@messner.com, kshonfeld@messner.com, mordway@messner.com, npendergraft@messner.com, rfinch@messner.com, srogers@messner.com, tzastrow@messner.com

Renee M Finch   rfinch@messner.com, bolaughlin@messner.com, dgould@messner.com, JAltman@messner.com, jalvarado@messner.com, jkliewer@messner.com, jolivo@messner.com, kartis@messner.com, kshonfeld@messner.com, MMadden@messner.com, mordway@messner.com, npendergraft@messner.com, ronorato@messner.com, tzastrow@messner.com

DATED: this 17th day of March, 2022.

**BROCK K. OHLSON PLLC**

*/s/ Brock Ohlson /s/*
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
6060 Elton Avenue, Suite A
Las Vegas, NV 89107

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   3-22-2022

2

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 18th day of March, 2022, a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF DISASSOCIATION OF COUNSEL was served via the United States District Court CM/ECF system on all parties or persons requiring notice, as follows:

| | |
|---|---|
| **PHILLIPS, SPALLAS & ANGSTADT, LLC**<br>Robert K. Phillips, Esq.<br>Timothy Kuhls, Esq.<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Counsel for Defendant Walmart Inc.*<br>*and Wal-Mart Real Estate Business Trust* | **MCMENEMY INJURY LAW**<br>Ian M. McMenemy, Esq.<br>8880 W. Sunset Road, Suite 130<br>Las Vegas, Nevada 89148 |

*/s/ Amelia H. Durnez*
An Employee of
BROCK K. OHLSON PLLC

3