Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendants, WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA MEREDITH,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES INC.., a Delaware corporation d/b/a WAL-MART STORE #2592; WAL-MART REAL ESTATE BUSINESS TRUST, a foreign business trust, d/b/a WAL-MART STORE #2592; DOES I through X; and ROE CORPORATIONS I through X,<br><br>    Defendants. | **CASE NO.: 2:18-cv-01711-RFB-VCF**<br><br>**SUBSTITUTION OF ATTORNEY** |

///

///

///

## SUBSTITUTION OF ATTORNEY

Defendants WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST. hereby substitutes attorneys, Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, located at 1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144, in the above-entitled action, in place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, located at 504 South Ninth Street, Las Vegas, Nevada 89101.

DATED: March 31, 2022

WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST

By: *Matthew Burgess*

Attorney Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, hereby consents to the substitution of Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, as attorney of record for Defendants WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST.

DATED: March 30th, 2022

PHILLIPS, SPALLAS & ANGSTADT LLC

By: _____
Robert K. Phillips, Esq. (Bar #11441)
rphillips@psalaw.net
Timothy D. Kuhls, Esq. (Bar #13362)
tkuhls@psalaw.net

///
///
///

Attorneys Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, hereby consent to act as the attorney of record for Defendants WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST. in the above-referenced matter in the place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC.

DATED: March *April 4, 2022*, 2022     SKANE MILLS LLP

By: /s/ *Sarai L. Thornton*
Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 4-7-2022

3