ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Counsel for Defendant*
*Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA MEREDITH,<br><br>  Plaintiff,<br>v.<br><br>WAL-MART STORES INC., a Delaware corporation d/b/a WAL-MART STORE #2592; DOES I through X and ROE CORPORATIONS I through X,<br><br>  Defendants. | Case No.: 2:18-cv-01711-RFB-VCF<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST** |

COMES NOW, former counsel for Defendant, WAL-MART STORES, INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the electronic service list on the above-captioned matter.

Specifically, undersigned counsel requests the following names and addresses be removed from the service list:

. . .

. . .

- 1 -

| | | |
|---|---|---|
| Robert K. Phillips<br>afoshee@psalaw.net,<br>iburton@psalaw.net,<br>jtang@psalaw.net,<br>lvmail@psalaw.net,<br>msoto@psalaw.net,<br>tkuhls@psalaw.net | rphillips@psalaw.net,<br>creyes@psalaw.net,<br>jkephart@psalaw.net,<br>laguilar@psalaw.net,<br>lwall@psalaw.net,<br>mwessel@psalaw.net, | aayres@psalaw.net,<br>dwilson@psalaw.net,<br>jpatrick@psalaw.net,<br>lrobinson@psalaw.net,<br>mcervantes@psalaw.net,<br>nhebert@psalaw.net, |
| Michael Arata | espringel@springelfink.com | |
| Pooja Kumar | pkumaresq@gmail.com<br>pooja@paternosterlaw.com | |
| Timothy David Kuhls | tkuhls@psalaw.net, amccarty@psalaw.net | |

DATED this 11th day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_/s/ signature_

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Counsel for Defendant
Wal-Mart Stores, Inc.*

IT IS SO ORDERED.

_/s/ signature_

Cam Ferenbach
United States Magistrate Judge

DATED  4-18-2022

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Service through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| BROCK K. OHLSON, ESQ.<br>Nevada Bar No. 12262<br>BROCK K. OHLSON, PLLC<br>6060 Elton Avenue, Suite A<br>Las Vegas, Nevada 89107 | Phone 702-982-0055<br>Fax     702-982-0150 | Plaintiff |
| ELIZABETH A. SKANE, ESQ.<br>Nevada Bar No. 7181<br>SARAI L. THORNTON, ESQ.<br>Nevada Bar No. 11067<br>SKANE MILLS LLP<br>1120 Town Center Drive, Suite 200<br>Las Vegas, NV 89144 | Phone: 702-363-2535<br>Fax:    702-363-2534 | Defendant |

*/s/ Joshua J. Kephart*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC