1  Elizabeth A. Skane, Esq. (Bar No.7181)
   eskane@skanemills.com
2  Sarai L. Thornton, Esq. (Bar No. 11067)
   sthornton@skanemills.com
3  SKANE MILLS LLP
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada 89144
   (702) 363-2535 / Fax (702) 363-2534
5
6  Attorneys for Defendants, WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and
   WAL-MART REAL ESTATE BUSINESS TRUST

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA MEREDITH,<br><br>                    Plaintiff,<br><br>          v.<br><br>WAL-MART STORES INC.., a Delaware corporation d/b/a WAL-MART STORE #2592; WAL-MART REAL ESTATE BUSINESS TRUST, a foreign business trust, d/b/a WAL-MART STORE #2592; DOES I through X; and ROE CORPORATIONS I through X,<br><br>                    Defendants. | CASE NO.: 2:18-cv-01711-RFB-VCF<br><br>STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; AND WAL-MART REAL ESTATE BUSINESS TRUST, WITH PREJUDICE |

**IT IS HEREBY STIPULATED** by and between Plaintiff, SABRINA MEREDITH ("Plaintiff"), by and through her counsel of record, Robert W. Curtis, Esq. of BROCK K. OHLSON PLLC, and Defendant WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST, by and through its counsel of record, Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of Skane Mills LLP, that the Complaint filed by Plaintiff SABRINA MEREDITH against Defendant WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS

TRUST and any amendments thereafter, are hereby dismissed with prejudice against WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST.

Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this /2/ day of May, 2023. | DATED this 12th day of May, 2023. |
| BROCK K. OHLSON PLLC | SKANE MILLS LLP |
| /s/<br>By: /Robert/Curtis/<br>Robert W. Curtis, Esq. (Bar #9317)<br>rob@injured.vegas<br>6060 Elton Ave., Ste. A<br>Las Vegas, Nevada  89017<br><br>*Attorney for Plaintiff,*<br>SABRINA MEREDITH | /s/ Sarai L. Thornton<br>By:_____<br>Elizabeth A. Skane, Esq. (Bar #7181)<br>eskane@skanemills.com<br>Sarai L. Thornton, Esq. (Bar #11067)<br>sthornton@skanemills.com<br>1120 Town Center Drive, Suite 200<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendant,*<br>WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST |

**ORDER**

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, SABRINA MEREDITH, against Defendant WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST, in the above-captioned matter, United States District Court, Case No. 2:18-cv-01711-RFB-VCF, including all claims alleged therein, are hereby dismissed with prejudice as to Defendant WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and WAL-MART REAL ESTATE BUSINESS TRUST.

Each party to bear its own attorneys' fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 15th day of May, 2023.

Respectfully submitted by:

SKANE MILLS LLP

By: /s/ Sarai L. Thornton
_____
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

*Attorneys for Defendant,*
WAL-MART STORES INC. d/b/a WAL-MART STORE #2592; and
WAL-MART REAL ESTATE BUSINESS TRUST